**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIDI CAI, | Case No. CV 5:26-01732-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is Granted in Part.

DATED:  April 27, 2026



ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE